**DOUGLAS AIRCRAFT COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 8834.

Circuit Court of Appeals, Ninth Circuit.

June 7, 1938.

Gibson, Dunn & Crutcher, J. Stuart Neary, Henry Ely, and Harry W. Elliot, all of Los Angeles, Cal., for petitioner.

Charles Fahy, General Counsel, and Robert Watts, Associate General Counsel, National Labor Relations Board, both of Washington, D. C., and John P. Jennings, Attorney, N.L.R.B., of San Francisco, Cal., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

This cause coming on for hearing on motion of respondent to dismiss petition to review in this cause, and petitioner not

objecting thereto, and not being represented by counsel in open court, and good cause therefor appearing, ordered said motion granted and that the petition to review in this cause be dismissed.